IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50600 c/w
No. 97-50601
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARTURO MOLINA-MORENO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC Nos. EP-96-CR-764-1 & EP-92-CR-115-6
- - - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Arturo Molina-Moreno (Molina) appeals the sentence imposed
on revocation of supervised release, arguing that it is plainly
unreasonable.  We have reviewed the record and the briefs of the
parties and conclude that the 24-month sentence imposed is not
unreasonable given the mandates of 18 U.S.C. § 3583(g), the
maximum sentence of 24 months delineated by that statute, and the
circumstances of the offense that generated the revocation.  *See*
*United States v. Giddings*, 37 F.3d 1091, 1092-93, (5th Cir.
1994), *cert. denied*, 514 U.S. 1008 (1995);  *United States v.*

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

*Headrick*, 963 F.2d 777, 782 (5th Cir. 1992); *United States v. Mathena*, 23 F.3d 87, 93 n.13 (5th Cir. 1994).

AFFIRMED.